IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AARON T. JAMES,<br>Petitioner, | )<br>)<br>)<br>) |
| v. | ) No. 3:11-cv-0735<br>) Chief Judge Haynes<br>) |
| SHARON TAYLOR, WARDEN,<br>Respondent. | )<br>)<br>) |

*[Handwritten note: The parties have 15 days to file any additional memoranda on their claims and defenses. William [signature] 08/7/17  4-2-14]*

ANSWER TO AMENDED PETITION FOR WRIT OF HABEAS CORPUS

On August 1, 2011, the petitioner filed a *pro se* petition for writ of habeas corpus challenging the legality of his conviction for especially aggravated kidnapping. (D.E. 1.) On November 2, 2011, the respondent filed an answer to the pro se petition (D.E.14.) On August 5, 2013, appointed counsel filed an amended petition for habeas corpus (D.E.26.) On February 25, 2014, pursuant to Rule 4, Rules Governing § 2254 cases, the Court entered an order requiring respondent to respond to the amended petition for habeas corpus. (D.E.29.) This response is filed pursuant to that order.

On November 18, 2003, the petitioner was convicted of especially aggravated kidnapping. The trial court found that petitioner was a career offender and sentenced him to sixty years incarceration. He appealed his conviction to the Tennessee Court of Criminal Appeals ("TCCA") which affirmed the trial court on June 21, 2005. (Addendum 2, Doc. 4.) Permission to appeal was denied by the Tennessee Supreme Court ("TSC") on December 5, 2005 (Addendum 2, Doc. 6.).

The petitioner filed a pro se petition for post-conviction relief on December 6, 2006. Following an evidentiary hearing, the post-conviction court denied relief in a written order filed February 24, 2009.