IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AARON T. JAMES, | ) |
| Plaintiff, | ) Case No. 3:11-0735 |
| | ) Chief Judge Haynes |
| v. | ) |
| SHARON TAYLOR, | ) |
| Defendant. | ) |

## ORDER

An evidentiary hearing is set for **Monday, July 28, 2014 at 10:00 a.m.** on the issue of whether Plaintiff's trial counsel in the 2003 retrial was served or had actual knowledge of the State's notice of enhancement.

It is so **ORDERED**.

**ENTERED** this the 8th day of July, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge