IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AARON T. JAMES, | ) | |
| Petitioner, | ) ) ) | Case No. 3:11-0735<br>Chief Judge Haynes |
| v. | ) ) | |
| SHARON TAYLOR, Warden, | ) ) | |
| Respondent. | ) | |

# ORDER

In accordance with the Memorandum filed herewith, the petition for the writ of habeas corpus is **GRANTED**. The State has 90 days to provide Petitioner a new sentencing hearing in accordance with Tennessee law.

This is the Final Order in this action.

It is so **ORDERED.**

**Entered** this the _18st_ of August, 2014.

William J. Haynes, Jr.
Chief United States District Judge